ACCEPTED
03-12-00474-CR
4484628
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 8:16:41 AM
JEFFREY D. KYLE
CLERK

NO. 03-12-474-CR

| | | |
|---|---|---|
| CHRISTINA LYONS | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | | |
| VS. | * | OF THE THIRD |
| | * | SUPREME JUDICIAL |
| | * | DISTRICT OF TEXAS |
| | | |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN  TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 8:16:41 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND RECONSIDERATION

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, CHRISTINA LYONS, Appellant, and files this Motion for an Extension in which to file a Motion for Rehearing and Reconsideration.  In support of this motion, appellant shows the Court the following:

**I**.

The Appellant was convicted in the District Court of Hays County, Texas of the offense of Capital Murder. The Appellant was assessed life without the possibility of parole

**II.**

The deadline for filing the Motion for rehearing and reconsideration is March 15, 2015  and Appellant has requested **no** previous extensions.

**III.**

Attorney for the Appellant would further show the Court that he has been diligent in preparing a motion for rehearing in this case.  Counsel has reviewed the Court's opinion and is drafting Appellant's response, but will be unable to file said response by the deadline due to a his trial and appellate docket.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for

filing a Motion for Rehearing and Reconsideration to April 15, 2015.


Respectfully Submitted,

ARIEL PAYAN
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)


  /s/ Ariel Payan
ARIEL PAYAN
State Bar No. 00794430
Arielpayan@hotmail.com


CERTIFICATE OF SERVICE


By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Motion for Rehearing and Reconsideration has been delivered to the Criminal District Attorney of said County Texas, on March 13, 2015.